## IN THE IOWA DISTRICT COURT FOR ADAIR COUNTY

| | |
|---|---|
| ANGELICA THOMAS AND JOHONATH BUTLER,<br>    PLAINTIFFS,<br><br>V.<br><br>JESUS CABRERA AND LANDSTAR RANGER INC.,<br>    DEFENDANTS. | CASE NO.: _____<br><br><br>ORIGINAL NOTICE |

**TO THE ABOVE-NAMED DEFENDANT: JESUS CABRERA**

You are notified that a Petition has been filed in the office of the Clerk of Court in the above-captioned action. A copy of the Petition (and any documents filed with it) is attached to this Original Notice. Plaintiffs' attorneys are **Adam Witosky and Christopher Stewart of Boles Witosky Stewart Law whose address is 2015 Grand Avenue, Suite 200, Des Moines, Iowa 50312.**

This Petition was filed on July 17, 2025.

**THIS CASE HAS BEEN FILED IN A COUNTY THAT UTILIZES ELECTRONIC FILING. FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM. FOR COURT RULES ON THE PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16.**

You are further notified that unless, within sixty (60) days after service of this Original Notice upon you and, within a reasonable time thereafter, file your motion or answer by using the Iowa Judicial Branch Electronic Filing Interface at https://www.iowacourts.state.ia.us/EFile, judgment will be entered against you upon Plaintiff's claim together with interest and court costs.

NOTE: The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 561-5818. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

# Iowa Judicial Branch

*Case No.*   **LACV006740**

*County*   **Adair**

*Case Title*   THOMAS AND BUTLER V. CABRERA AND LANDSTAR RANGER

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 561-5818** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **07/17/2025 03:54:55 PM**



*District Clerk of Court or/by Clerk's Designee of* Adair      *County*

**/s/ Kim Bagshaw**

E-FILED 2025 JUL 17 1:34 PM ADAIR - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR ADAIR COUNTY

| | |
|---|---|
| **ANGELICA THOMAS AND JOHONATH BUTLER,**<br>    **PLAINTIFFS,**<br><br>V.<br><br>**JESUS CABRERA AND LANDSTAR RANGER INC.,**<br>    **DEFENDANTS.** | **CASE NO.:** _____<br><br><br>**PETITION AND JURY DEMAND** |

**COME NOW**, the Plaintiffs, Angelica Thomas and Johonath Butler, by and through their undersigned counsel, and for their Complaint and Jury Demand, state to the Court as follows:

### PARTIES

1.    Plaintiff Angelica Thomas is an over-the-road commercial truck driver and a resident of Greensburg, St. Helena Parish, Louisiana, at all times relevant herein.

2.    Plaintiff Johonath Butler is an over-the-road commercial truck driver and a resident of Greensburg, St. Helena Parish, Louisiana, at all times relevant herein.

3.    Defendant Jesus Cabrera  is an over-the-road commercial truck driver and a resident of Boston, Suffolk County, Massachusetts, at all times relevant herein.

4.    Defendant Landstar Ranger Inc. is a Delaware corporation engaged in the arranging for and performance of interstate carriage for hire by authority issued to it by the Federal Motor Carrier Safety Administration and whose principal place of business is 13410 Sutton Park Drive South, Jacksonville, Florida.

E-FILED  2025 JUL 17 1:34 PM ADAIR - CLERK OF DISTRICT COURT

## JURISDICTION AND VENUE

5.    Subject matter jurisdiction of the District Court is proper pursuant to Iowa Code §602.6101.

6.    The events and actions referenced herein occurred in Adair County, Iowa, therefore venue is proper under  Iowa Code §616.18.

7.    Personal jurisdiction exists as to Defendant Cabrera as the operator of a motor vehicle operated within the State of Iowa and accepting the privileges extended by the laws of this State under Iowa Code §321.498.

8.    Personal jurisdiction exists as to Defendant Landstar Ranger Inc. as the owner of a motor vehicle operated within the State of Iowa and accepting the privileges extended by the laws of this State under Iowa Code §321.498.

9.    The amount in controversy exceeds the jurisdictional limits of small claims.

## GENERAL FACTUAL ALLEGATIONS

10.    Plaintiffs replead each preceding paragraph as if fully set forth herein.

11.    On July 26, 2023, at approximately 4:45 a.m., Angelica Thomas was operating a commercial semi-truck traveling westbound on Interstate 80 near mile-marker 91 in Adair County, Iowa.

12.    Johonath Butler was a passenger in the vehicle operated by Angelica.

13.    At the same time, Jesus Cabrera was also operating a commercial semi-trailer traveling westbound on Interstate 80 near mile-marker 91 in Adair County, Iowa.

14.    Jesus was operating the vehicle as an employee and/or agent of Landstar Ranger, Inc., and was actively engaged in the performance of this employment.

15.    Landstar Ranger, Inc. was the owner of the vehicle being operated by Jesus.

16.    Landstar Ranger, Inc. had authorized Jesus to operate the vehicle in the course of his employment.

17.    Landstar Ranger, Inc. was aware that Jesus's operation the vehicle in the course of his employment included the operation of the vehicle in the State of Iowa.

18.    Jesus was in the left lane of Interstate 80 West and passing the vehicle being operated by Angelica in the right lane.

19.    Jesus crossed the centerline between the lanes, striking the vehicle Angelica was operating.

20.    Due to his negligent operation of the vehicle, Jesus was issued citations for Improper Lane Change, in violation of Iowa Code §321.306(1), and Failure to Maintain Control, in violation of Iowa Code §321.288(1).

21.    Jesus was convicted of both violations on September 26, 2023.

22.    Due to being struck by Jesus's vehicle, both Angelica and Johonath suffered severe and debilitating injuries, which have required continuous medical attention, including injections, surgery, and physical therapy for the foreseeable future.

23.    As a result of their injuries, Angelica and Johonath have been subjected to severe physical, mental, and emotional distress due to the collision cause by Jesus's negligence.

## CAUSES OF ACTION

### COUNT I
### NEGLIGENCE
### (*Against Defendant Jesus Cabrera*)

24.    Plaintiffs replead each preceding paragraph as if fully set forth herein.

25.    On July 26, 2023, Jesus Cabrera was negligent in one or more of the following particulars:

a.  Operating a vehicle so that as a direct and proximate result thereof, Angelica and Johonath were injured;

b.  Moving a vehicle from the lane in which it was operating without ascertaining that this movement could be done safely;

c.  Operated a vehicle without keeping a proper and sufficient lookout;

d.  Operated a vehicle at a speed endangering the safety of others;

e.  Failed to exercise due care to avoid colliding with the vehicle that Angelica and Johonath were in;

f.  Failing to have the vehicle under control at all times;

g.  Failed to follow and obey applicable statutes and regulations governing safe travel upon Iowa's public roads; and

h.  Failed to act as a reasonably prudent person under the circumstances.

26.    Jesus was further negligent as a matter of law in violating Iowa Code §321.306 and Iowa Code §321.288 in his operation of the vehicle.

27.    Due to Jesus's negligence, Angelica and Johonath suffered injuries.

4

E-FILED 2025 JUL 17 1:34 PM ADAIR - CLERK OF DISTRICT COURT

28.    Jesus's negligence was a proximate cause of damages and injuries sustained by Angelica and Johonath.

29.    As a result of Jesus's negligence, Angelica and Johonath sustained damages and injuries as follows:

    a.    Physical pain and mental anguish in the past, present, and future;

    b.    Physical impairment and loss of use of body in the past, present, and future;

    c.    Medical expenses in the past, present, and future; and,

    d.    Other financial expenses incurred as a result of the collision.

**WHEREFORE**, the Plaintiffs, Angelica Thomas and Johonath Butler pray for judgment against Defendant Jesus Cabrera in an amount which will fully and fairly compensate for the physical, mental, and emotional injuries and damages, compensatory damages, interest and costs as allowed by law, and such other relief as may be just under the circumstances.

## COUNT II
### NEGLIGENCE – OWNER LIABILITY
### (*Against Defendant Landstar Ranger, Inc.*)

30.    Plaintiffs replead each preceding paragraph as if fully set forth herein.

31.    Landstar Ranger, Inc. is the owner of the vehicle that Jesus Cabrera was operating on July 26, 2023.

32.    Landstar Ranger, Inc. consented to Jesus Cabrera operating the vehicle on July 26, 2023.

33.    The negligence of Jesus Cabrera was a proximate cause of the damages and injuries sustained by Angelica and Johonath.

34.    Pursuant to Iowa Code §321.493, Landstar Ranger, Inc. is liable for damages incurred by Angelica and Johonath due to Jesus Cabrera's negligence.

35.    As a result of Jesus's negligence, Angelica and Johonath sustained damages and injuries as follows:

a.    Physical pain and mental anguish in the past, present, and future;

b.    Physical impairment and loss of use of body in the past, present, and future;

c.    Medical expenses in the past, present, and future; and,

d.    Other financial expenses incurred as a result of the collision.

**WHEREFORE**, the Plaintiffs, Angelica Thomas and Johonath Butler pray for judgment against Defendant Landstar Ranger, Inc., in an amount which will fully and fairly compensate for the physical, mental, and emotional injuries and damages, compensatory damages, interest and costs as allowed by law, and such other relief as may be just under the circumstances.

### COUNT III
### NEGLIGENT HIRING, TRAINING, OR SUPERVISION
### (*Against Landstar Ranger, Inc.*)

36.    Plaintiffs replead each preceding paragraph as if fully set forth herein.

37.    Landstar Ranger, Inc. was the employer of Jesus Cabrera.

38.    As Jesus's employer, Landstar Ranger, Inc. has a duty to exercise reasonable care in the hiring, training, and supervision of individuals who, because of their employment, may pose a threat of injury to members of the public.

6

39.    Landstar Ranger, Inc. knew or should have known of Jesus Cabrera's dangerous proclivities, and the threat of injury he posed in effectuating his duties.

40.    Landstar Ranger, Inc. breached its duty in the negligent and reckless training and supervision of Jesus Cabrera.

41.    As a direct and proximate result Landstar Ranger, Inc.'s negligence, Angelica and Johonath have and will in the future suffer and incur the following damages:

   a.  Physical pain and mental anguish in the past, present, and future;

   b.  Physical impairment and loss of use of body in the past, present, and future;

   c.  Medical expenses in the past, present, and future; and,

   d.  Other financial expenses incurred as a result of the collision.

**WHEREFORE**, the Plaintiffs, Angelica Thomas and Johonath Butler pray for judgment against Defendant Landstar Ranger, Inc., in an amount which will fully and fairly compensate for the physical, mental, and emotional injuries and damages, compensatory damages, interest and costs as allowed by law, and such other relief as may be just under the circumstances.

## COUNT IV
### RESPONDEAT SUPERIOR
### (*Against Defendant Landstar Ranger, Inc.*)

42.    Plaintiffs replead each preceding paragraph as if fully set forth herein.

43.    At all times material hereto, an employer-employee relationship existed between Landstar Ranger, Inc., as the employer, and Jesus Cabrera as the employee.

E-FILED  2025 JUL 17 1:34 PM ADAIR - CLERK OF DISTRICT COURT

44.     At all times material hereto, Jesus Cabrera was acting within the scope of his employment with Landstar Ranger, Inc.

45.     Under the doctrine of respondeat superior, Landstar Ranger, Inc. is liable for the aforementioned conduct and/or omissions of Jesus Cabrera.

46.     Due to the aforementioned conduct and/or omissions, Angelica and Johonath have and will in the future suffer and incur the following damages:

   a. Physical pain and mental anguish in the past, present, and future;

   b. Physical impairment and loss of use of body in the past, present, and future;

   c. Medical expenses in the past, present, and future; and,

   d. Other financial expenses incurred as a result of the collision.

**WHEREFORE**, the Plaintiffs, Angelica Thomas and Johonath Butler pray for judgment against Defendant Landstar Ranger, Inc., in an amount which will fully and fairly compensate for the physical, mental, and emotional injuries and damages, compensatory damages, interest and costs as allowed by law, and such other relief as may be just under the circumstances.

## <u>JURY DEMAND</u>

Plaintiffs hereby demand a trial by jury in this matter on all counts to which Plaintiffs are entitled to a jury.

E-FILED  2025 JUL 17 1:34 PM ADAIR - CLERK OF DISTRICT COURT

**BOLES WITOSKY STEWART LAW PLLC**

BY: _/s/ Adam C. Witosky_

Christopher Stewart       AT0013127
Adam C. Witosky          AT0010436
2015 Grand Avenue, Ste. 200
Des Moines, Iowa 50312
Telephone:  (515) 235-0551
Facsimile:   (515) 243-3696
Email:        chris@bwsiowa.com
              adam@bwsiowa.com
**ATTORNEYS FOR PLAINTIFFS**

**NATHANIEL LAW FIRM PLLC**

BY: _/s/ Jwon Nathaniel_

Jwon Nathaniel
750 Avignon Drive, Ste. 3
Ridgeland, MS 39157
Telephone:   (601) 937-2535
Facsimile:    (601) 519-0017
Email:         jwon_nathaniel@yahoo.com
**ATTORNEY FOR PLAINTIFFS**
***PENDING ADMISSION PRO HAC VICE***

## IN THE IOWA DISTRICT COURT FOR ADAIR COUNTY

| | |
|---|---|
| **ANGELICA THOMAS AND JOHONATH BUTLER,**<br>    **PLAINTIFFS,**<br><br>**V.**<br><br>**JESUS CABRERA AND LANDSTAR RANGER INC.,**<br>    **DEFENDANTS.** | **CASE NO.: _____**<br><br><br>**ORIGINAL NOTICE** |

**TO THE ABOVE-NAMED DEFENDANT: LANDSTAR RANGER INC.**

You are notified that a Petition has been filed in the office of the Clerk of Court in the above-captioned action.  A copy of the Petition (and any documents filed with it) is attached to this Original Notice.  Plaintiffs' attorneys are **Adam Witosky and Christopher Stewart of Boles Witosky Stewart Law whose address is 2015 Grand Avenue, Suite 200, Des Moines, Iowa 50312.**

This Petition was filed on July 17, 2025.

**THIS CASE HAS BEEN FILED IN A COUNTY THAT UTILIZES ELECTRONIC FILING.  FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM.  FOR COURT RULES ON THE PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16.**

You are further notified that unless, within sixty (60) days after service of this Original Notice upon you and, within a reasonable time thereafter, file your motion or answer by using the Iowa Judicial Branch Electronic Filing Interface at https://www.iowacourts.state.ia.us/EFile, judgment will be entered against you upon Plaintiff's claim together with interest and court costs.

NOTE:  The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 561-5818.  (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

E-FILED  2025 JUL 17 3:54 PM ADAIR - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.* **LACV006740**

*County* **Adair**

*Case Title* **THOMAS AND BUTLER V. CABRERA AND LANDSTAR RANGER**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 561-5818** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued* **07/17/2025 03:54:55 PM**



*District Clerk of Court or/by Clerk's Designee of* Adair                    *County*

**/s/ Kim Bagshaw**

E-FILED  2025 AUG 19 8:35 AM ADAIR - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR ADAIR COUNTY

| | |
|---|---|
| ANGELICA THOMAS AND JOHONATH BUTLER, <br>     PLAINTIFFS, <br><br> V. <br><br> JESUS CABRERA AND LANDSTAR RANGER INC., <br>     DEFENDANTS. | CASE NO.: LACV006740 <br><br><br> AFFIDAVIT OF SERVICE |

**COME NOW** the Plaintiffs, by their Attorneys Adam C. Witosky and Christopher Stewart, and file their affidavit of service as required by Iowa Code §321.505 as follows:

1.    The Plaintiff's petition herein was filed on July 17, 2025.

2.    That on July 17, 2025 the Adair County Clerk of Court certified an original notice for the Defendants herein.

3.    That on August 14, 2025, service on out-of-state Defendant Jesus Cabrera herein was effected by filing copies of the original notice and petition with the director of transportation of the state of Iowa. A true and correct copy of the Certificate of Filing from the Iowa Department of Transportation is attached.

4.    That on August 14, 2025, service on out-of-state Defendant Landstar Ranger Inc. herein was effected by filing copies of the original notice and petition with the director of transportation of the state of Iowa. A true and correct copy of the Certificate of Filing from the Iowa Department of Transportation is attached.

E-FILED  2025 AUG 19 8:35 AM ADAIR - CLERK OF DISTRICT COURT

5.    That on August 18, 2025, Defendants Jesus Cabrera and Landstar Ranger Inc. were mailed, by restricted certified mail, a copy of the petition, original notice, notification of filing with the director of transportation, and certificate of filing. True and correct copies of the notification of filing with the director of transportation, as directed to both Defendants, are attached to this affidavit.

**BOLES WITOSKY STEWART LAW PLLC**

BY: _____

Adam C. Witosky        AT0010436
Christopher Stewart     AT0013127
2015 Grand Avenue, Ste. 200
Des Moines, Iowa 50312
Telephone:   (515) 235-0551
Facsimile:   (515) 243-3696
Email:        adam@bwsiowa.com
              chris@bwsiowa.com

**ATTORNEYS FOR PLAINTIFFS**

STATE OF IOWA         :
                              :ss
COUNTY OF POLK       :

Subscribed and sworn to before me by the above named individual on this _19th_ day of _August_, 2025.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF IOWA

TAMRA S. FAIRCHILD
COMMISSION NO. 199651
MY COMMISSION EXPIRES
DECEMBER 10, 20__

E-FILED  2025 AUG 19 8:35 AM ADAIR - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR ADAIR COUNTY

| | |
|---|---|
| ANGELICA THOMAS AND JOHONATH BUTLER,<br>        PLAINTIFFS, | CASE NO.: LACV006740 |
| v. | NOTIFICATION OF FILING |
| JESUS CABRERA AND LANDSTAR RANGER INC.,<br>        DEFENDANTS. | |

To:  Jesus Cabrera
     84 Mclellan Street
     Boston MA 02121-4018

You will take notice that an original notice of suit against you, a copy of which is hereto attached, was duly served upon you at Des Moines, Iowa by filing a copy of said notice or process on the 14th day of August, 2025 with the director of transportation of the state of Iowa.

Dated at Des Moines, Iowa, this 18th day of August, 2025.


                    ANGELICA THOMAS and
                    JOHONATH BUTLER

                    PLAINTIFFS


                    **BOLES WITOSKY STEWART LAW PLLC**

          BY:   */s/ Adam C. Witosky*
                    Christopher Stewart       AT0013127
                    Adam C. Witosky          AT0010436
                    2015 Grand Avenue, Ste. 200
                    Des Moines, Iowa 50312
                    Telephone:   (515) 235-0551
                    Facsimile:   (515) 243-3696
                    Email:       chris@bwsiowa.com
                                 adam@bwsiowa.com
                    **ATTORNEYS FOR PLAINTIFFS**



Form 430313 (07-22)

## CERTIFICATE OF FILING

STATE OF IOWA:

        SS

COUNTY OF       Adair   :

This is to certify and acknowledge that a copy of the Original Notice in the case of:

Angelica Thomas and Johonath Butler

**Plaintiff(s)**

**VS**

Jesus Cabrera

**Defendant(s)**

Which is pending in the District Court of Iowa,   Adair   County, a copy of said notice is hereto attached and made part hereof, was filed with the undersigned as agent for the Director of Transportation of the State of Iowa, pursuant to and in accordance with the provisions of Section 321.501, Code of Iowa, on the  14th  day of   August   , 2025, with the required fee of $2.00, and a record of such notice is being kept on file.

Signed, and the Seal of the Iowa Department of Transportation is affixed hereto, this  14th  day of   August   , 2025.



*Melissa Gillett*

Director,
Iowa Department of Transportation
Motor Vehicle Division

Case #  258
Check # 2498

📞 | [515-244-8725]

📍 | **Address:**
[PO Box 9204, Des Moines, IA 50306]

## IN THE IOWA DISTRICT COURT FOR ADAIR COUNTY

| | |
|---|---|
| ANGELICA THOMAS AND JOHONATH BUTLER, <br>        PLAINTIFFS, <br><br> V. <br><br> JESUS CABRERA AND LANDSTAR RANGER INC., <br>        DEFENDANTS. | CASE NO.: LACV006740 <br><br><br> NOTIFICATION OF FILING |

To:  Landstar Ranger, Inc.
     13410 Sutton Park Drive South
     Jacksonville FL 32224

You will take notice that an original notice of suit against you, a copy of which is hereto attached, was duly served upon you at Des Moines, Iowa by filing a copy of said notice or process on the 14th day of August, 2025 with the director of transportation of the state of Iowa.

Dated at Des Moines, Iowa, this 18th day of August, 2025.

ANGELICA THOMAS and
JOHONATH BUTLER

PLAINTIFFS

**BOLES WITOSKY STEWART LAW PLLC**

BY:   */s/ Adam C. Witosky*
       Christopher Stewart          AT0013127
       Adam C. Witosky              AT0010436
       2015 Grand Avenue, Ste. 200
       Des Moines, Iowa 50312
       Telephone:   (515) 235-0551
       Facsimile:   (515) 243-3696
       Email:       chris@bwsiowa.com
                    adam@bwsiowa.com
       ATTORNEYS FOR PLAINTIFFS

E-FILED 2025 AUG 19 8:35 AM ADAIR - CLERK OF DISTRICT COURT



Form 430313 (07-22)

# CERTIFICATE OF FILING

STATE OF IOWA:

SS

COUNTY OF          Adair      :

This is to certify and acknowledge that a copy of the Original Notice in the case of:

Angelica Thomas and Johonath Butler

**Plaintiff(s)**

**VS**

Landstar Ranger Inc

**Defendant(s)**

Which is pending in the District Court of Iowa,      Adair      County, a copy of said notice is hereto attached and made part hereof, was filed with the undersigned as agent for the Director of Transportation of the State of Iowa, pursuant to and in accordance with the provisions of Section 321.501, Code of Iowa, on the    14th    day of       August    , 2025, with the required fee of $2.00, and a record of such notice is being kept on file.

Signed, and the Seal of the Iowa Department of Transportation is affixed hereto, this    14th    day of       August    , 2025.



*Merium Gillett*

Director,
Iowa Department of Transportation
Motor Vehicle Division

Case #   259
Check # 2498

📞 | [515-244-8725]

📍 | **Address:**
[PO Box 9204, Des Moines, IA 50306]

E-FILED  2025 SEP 08 1:35 PM ADAIR - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR ADAIR COUNTY

| | |
|---|---|
| ANGELICA THOMAS AND JOHONATH BUTLER,<br>        PLAINTIFFS,<br><br>V.<br><br>JESUS CABRERA AND LANDSTAR RANGER INC.,<br>        DEFENDANTS. | CASE NO.: LACV006740<br><br><br>AFFIDAVIT OF SERVICE |

**COME NOW** the Plaintiffs, by their Attorneys Adam C. Witosky and Christopher Stewart, and file their affidavit of service as required by Iowa Code §321.505 as follows:

1.     The Plaintiff's petition herein was filed on July 17, 2025.

2.     That on August 18, 2025, Defendants Jesus Cabrera and Landstar Ranger Inc. were mailed, by restricted certified mail, a copy of the petition, original notice, notification of filing with the director of transportation, and certificate of filing.

3.     On September 5, 2025, the restricted service card signed by Jesus Cabrera was received by the undersigned via US Mail.   A true and correct copy of the service card is attached to this affidavit.

                                        BOLES WITOSKY STEWART LAW PLLC


                            BY: _____
                                Adam C. Witosky          AT0010436
                                Christopher Stewart       AT0013127
                                2015 Grand Avenue, Ste. 200
                                Des Moines, Iowa 50312
                                Telephone:   (515) 235-0551

E-FILED  2025 SEP 08 1:35 PM ADAIR - CLERK OF DISTRICT COURT

Facsimile:    (515) 243-3696
Email:        adam@bwsiowa.com
              chris@bwsiowa.com

**ATTORNEYS FOR PLAINTIFFS**

STATE OF IOWA          :
                              :ss
COUNTY OF POLK         :

    Subscribed and sworn to before me by the above named individual on this _8th_ day of September, 2025.


_____
NOTARY PUBLIC IN AND FOR THE
STATE OF IOWA

TAMRA S. FAIRCHILD
COMMISSION NO. 199651
MY COMMISSION EXPIRES
DECEMBER 10, 20 25

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jesus Cabrera
84 Mclellan St
Boston MA 02121

9590 9402 9377 5002 7417 53

2. Article Number (Transfer from service label)

9589 0710 5270 0709 8721 58

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Adult Signature
☒ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
ed Mail
ed Mail Restricted Delivery
($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**USPS TRACKING #**



9590 9402 9377 5002 7417 53

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box •

Boles, Witosky Stewart
2015 Grand Ave. #200
Des Moines IA 50312

E23515

## IN THE IOWA DISTRICT COURT FOR ADAIR COUNTY

| | |
|---|---|
| ANGELICA THOMAS AND JOHONATH BUTLER,<br><br>PLAINTIFFS,<br><br>V.<br><br>JESUS CABRERA AND LANDSTAR RANGER INC.,<br><br>DEFENDANTS. | CASE NO.: LACV006740<br><br>DEFENDANTS JESUS CABRERA AND LANDSTAR RANGER INC.'S ANSWER TO PETITION AND AFFIRMATIVE DEFENSES |

**COMES NOW**, Defendants Jesus Cabrera ("Cabrera") and Landstar Ranger Inc. ("Landstar") (collectively "Defendants"), by and through their undersigned counsel and for their Answer to Petition and Jury Demand states as follows:

### PARTIES

1.      Plaintiff Angelica Thomas is an over-the-road commercial truck driver and a resident of Greensburg, St. Helena Parish, Louisiana, at all times relevant herein.

**ANSWER**: Deny for lack of information.

2.      Plaintiff Johonath Butler is an over-the-road commercial truck driver and a resident of Greensburg, St. Helena Parish, Louisiana, at all times relevant herein.

**ANSWER**: Deny for lack of information.

3.      Defendant Jesus Cabrera  is an over-the-road commercial truck driver and a resident of Boston, Suffolk County, Massachusetts, at all times relevant herein.

**ANSWER**: Admit

4.      Defendant Landstar Ranger Inc. is a Delaware corporation engaged in the arranging for and performance of interstate carriage for hire by authority issued to it by the

E-FILED  2025 SEP 09 1:47 PM ADAIR - CLERK OF DISTRICT COURT

Federal Motor Carrier Safety Administration and whose principal place of business is 13410 Sutton Park Drive South, Jacksonville, Florida.

**ANSWER**: Admit.

## <u>JURISDICTION AND VENUE</u>

5.    Subject matter jurisdiction of the District Court is proper pursuant to Iowa Code §602.6101.

**ANSWER**: Admit.

6.    The events and actions referenced herein occurred in Adair County, Iowa, therefore venue is proper under Iowa Code §616.18.

**ANSWER**: Admit.

7.    Personal jurisdiction exists as to Defendant Cabrera as the operator of a motor vehicle operated within the State of Iowa and accepting the privileges extended by the laws of this State under Iowa Code §321.498.

**ANSWER**: Defendants admit that Cabrera was the operator of a motor vehicle operated within the State of Iowa and denies the remaining allegations contained in paragraph 7.

8.    Personal jurisdiction exists as to Defendant Landstar Ranger Inc. as the owner of a motor vehicle operated within the State of Iowa and accepting the privileges extended by the laws of this State under Iowa Code §321.498.

**ANSWER**: Defendant Landstar affirmative alleges that it is not the owner of the vehicle.

9.    The amount in controversy exceeds the jurisdictional limits of small claims.

**ANSWER**: Admit.

E-FILED  2025 SEP 09 1:47 PM ADAIR - CLERK OF DISTRICT COURT

## GENERAL FACTUAL ALLEGATIONS

10.     Plaintiffs replead each preceding paragraph as if fully set forth herein.

**ANSWER**: Defendants incorporate their answers to the allegations in each preceding paragraph as if fully set forth herein.

11.     On July 26, 2023, at approximately 4:45 a.m., Angelica Thomas was operating a commercial semi-truck traveling westbound on Interstate 80 near mile-marker 91 in Adair County, Iowa.

**ANSWER**: Admit.

12.     Johonath Butler was a passenger in the vehicle operated by Angelica.

**ANSWER**: Admit.

13.     At the same time, Jesus Cabrera was also operating a commercial semi-trailer traveling westbound on Interstate 80 near mile-marker 91 in Adair County, Iowa.

**ANSWER**: Admit.

14.     Jesus was operating the vehicle as an employee and/or agent of Landstar Ranger, Inc., and was actively engaged in the performance of this employment.

**ANSWER**: Deny.

15.     Landstar Ranger, Inc. was the owner of the vehicle being operated by Jesus.

**ANSWER**: Deny.

16.     Landstar Ranger, Inc. had authorized Jesus to operate the vehicle in the course of his employment.

**ANSWER**: Defendants deny that Cabrera was employed by Landstar or operating in the course and scope of employment at the time of the accident. Defendants affirmatively state, however, that Cabrera was authorized to transport the subject load of

E-FILED  2025 SEP 09 1:47 PM ADAIR - CLERK OF DISTRICT COURT

cargo.

17.    Landstar Ranger, Inc. was aware that Jesus's operation the vehicle in the course of his employment included the operation of the vehicle in the State of Iowa.

**ANSWER**: Landstar was aware that Cabrera was operating the vehicle in the State of Iowa pursuant to a request by Landstar to transport cargo through the State of Iowa.

18.    Jesus was in the left lane of Interstate 80 West and passing the vehicle being operated by Angelica in the right lane.

**ANSWER**: Admit.

19.    Jesus crossed the centerline between the lanes, striking the vehicle Angelica was operating.

**ANSWER**: Deny.

20.    Due to his negligent operation of the vehicle, Jesus was issued citations for Improper Lane Change, in violation of Iowa Code §321.306(1), and Failure to Maintain Control, in violation of Iowa Code §321.288(1).

**ANSWER**: Deny.

21.    Jesus was convicted of both violations on September 26, 2023.

**ANSWER**: Response to this allegation is not required; Cabrera's conviction of a traffic violation is not admissible in a civil matter.

22.    Due to being struck by Jesus's vehicle, both Angelica and Johonath suffered severe and debilitating injuries, which have required continuous medical attention, including injections, surgery, and physical therapy for the foreseeable future.

**ANSWER**: Deny for lack of information.

23.    As a result of their injuries, Angelica and Johonath have been subjected to

severe physical, mental, and emotional distress due to the collision cause by Jesus's

negligence.

**ANSWER**: Deny for lack of information.

## CAUSES OF ACTION
### COUNT I NEGLIGENCE
### (*Against Defendant Jesus Cabrera*)

24.    Plaintiffs replead each preceding paragraph as if fully set forth herein.

**ANSWER**: Defendants incorporate their answers to the allegations in each

preceding paragraph as if fully set forth herein.

25.    On July 26, 2023, Jesus Cabrera was negligent in one or more of the

following particulars:

     a.  Operating a vehicle so that as a direct and proximate result
        thereof, Angelica and Johonath were injured;

     b.  Moving a vehicle from the lane in which it was operating
        without ascertaining that this movement could be done safely;

     c.  Operated a vehicle without keeping a proper and sufficient
        lookout;

     d.  Operated a vehicle at a speed endangering the safety of others;

     e.  Failed to exercise due care to avoid colliding with the vehicle
        that Angelica and Johonath were in;

     f.  Failing to have the vehicle under control at all times;

     g.  Failed to follow and obey applicable statutes and regulations
        governing safe travel upon Iowa's public roads; and

     h.  Failed to act as a reasonably prudent person under the
        circumstances.

**ANSWER**: Deny the allegations in paragraph 25, including each and every sub-

paragraph therein.

E-FILED  2025 SEP 09 1:47 PM ADAIR - CLERK OF DISTRICT COURT

26.     Jesus was further negligent as a matter of law in violating Iowa Code §321.306 and Iowa Code §321.288 in his operation of the vehicle.

**ANSWER**: Deny.

27.     Due to Jesus's negligence, Angelica and Johonath suffered injuries.

**ANSWER**: Deny the allegations as to Jesus' negligence, and deny as to injuries suffered due to lack of information.

28.     Jesus's negligence was a proximate cause of damages and injuries sustained by Angelica and Johonath.

**ANSWER**: Deny the allegations as to Cabrera's negligence, and deny as to damages and injuries due to lack of information.

29.     As a result of Jesus's negligence, Angelica and Johonath sustained damages and injuries as follows:

    a.  Physical pain and mental anguish in the past, present, and future;

    b.  Physical impairment and loss of use of body in the past, present, and future;

    c.  Medical expenses in the past, present, and future; and,

    d.  Other financial expenses incurred as a result of the collision.

**ANSWER**: Deny as to Cabrera's negligence and deny all other allegations for lack of information.

**WHEREFORE**, Defendants requests that Plaintiffs' Petition be dismissed at Plaintiffs' cost and Defendants recover their costs and expenses incurred herein.

**COUNT II NEGLIGENCE – OWNER LIABILITY**
***(Against Defendant Landstar Ranger, Inc.)***

E-FILED  2025 SEP 09 1:47 PM ADAIR - CLERK OF DISTRICT COURT

30.     Plaintiffs replead each preceding paragraph as if fully set forth herein.

**ANSWER**: Defendants incorporate their answers to the allegations in each

preceding paragraph as if fully set forth herein.

31.     Landstar Ranger, Inc. is the owner of the vehicle that Jesus Cabrera  was

operating on July 26, 2023.

**ANSWER**: Deny.

32.     Landstar Ranger, Inc. consented to Jesus Cabrera operating the vehicle on

July 26, 2023.

**ANSWER**: Landstar Ranger, Inc. was aware of Cabrera's operation of the

vehicle and that he was operating it pursuant to a lease of the vehicle and that he was

transporting cargo with the vehicle at the request of Landstar.

33.     The negligence of Jesus Cabrera was a proximate cause of the damages

and injuries sustained by Angelica and Johonath.

**ANSWER**: Deny regarding negligence of Cabrera and deny remaining allegations

for lack of information.

34.     Pursuant to Iowa Code §321.493, Landstar Ranger, Inc. is liable for

damages incurred by Angelica and Johonath due to Jesus Cabrera's negligence.

**ANSWER**: Deny.

35.     As a result of Jesus's negligence, Angelica and Johonath sustained

damages and injuries as follows:

a.  Physical pain and mental anguish in the past, present, and
    future;

b.  Physical impairment and loss of use of body in the past,
    present, and future;

E-FILED  2025 SEP 09 1:47 PM ADAIR - CLERK OF DISTRICT COURT

    c.   Medical expenses in the past, present, and future; and,

    d.   Other financial expenses incurred as a result of the collision.

**ANSWER**: Deny as to allegations of Cabrera's negligence and the remaining allegations are denied for lack of information.

**WHEREFORE**, Defendants requests that Plaintiffs' Petition be dismissed at Plaintiffs' cost and Defendants recover their costs and expenses incurred herein.

### COUNT III
### NEGLIGENT HIRING, TRAINING, OR SUPERVISION
### (*Against Landstar Ranger, Inc.*)

36.    Plaintiffs replead each preceding paragraph as if fully set forth herein.

**ANSWER**: Defendants incorporate their answers to the allegations in each preceding paragraph as if fully set forth herein.

37.    Landstar Ranger, Inc. was the employer of Jesus Cabrera.

**ANSWER**: Deny.

38.    As Jesus's employer, Landstar Ranger, Inc. has a duty to exercise reasonable care in the hiring, training, and supervision of individuals who, because of their employment, may pose a threat of injury to members of the public.

**ANSWER**: Deny, Landstar was not Cabrera's employer.

39.    Landstar Ranger, Inc. knew or should have known of Jesus Cabrera's dangerous proclivities, and the threat of injury he posed in effectuating his duties.

**ANSWER**: Deny and specifically denied that Landstar knew of any dangerous proclivities of Cabrera or that he posed a threat of injury to anyone.

40.    Landstar Ranger, Inc. breached its duty in the negligent and reckless training and supervision of Jesus Cabrera.

**ANSWER**: Deny.

41.    As a direct and proximate result Landstar Ranger, Inc.'s negligence, Angelica and Johonath have and will in the future suffer and incur the following damages:

      a.  Physical pain and mental anguish in the past, present, and future;

      b.  Physical impairment and loss of use of body in the past, present, and future;

      c.  Medical expenses in the past, present, and future; and,

      d.  Other financial expenses incurred as a result of the collision.

**ANSWER**: Deny, including each and every subparagraph.

**WHEREFORE**, Defendants requests that Plaintiffs' Petition be dismissed at Plaintiff's cost and Defendants recover their costs and expenses incurred herein.

## COUNT IV RESPONDEAT SUPERIOR
### (*Against Defendant Landstar Ranger, Inc.*)

42.    Plaintiffs replead each preceding paragraph as if fully set forth herein.

**ANSWER**: Defendants incorporate their answers to the allegations in each preceding paragraph as if fully set forth herein.

43.    At all times material hereto, an employer-employee relationship existed between Landstar Ranger, Inc., as the employer, and Jesus Cabrera as the employee.

**ANSWER**: Deny.

44.    At all times material hereto, Jesus Cabrera was acting within the scope of his employment with Landstar Ranger, Inc.

**ANSWER**: Deny, however, Landstar Ranger, Inc. admits that Cabrera was

E-FILED  2025 SEP 09 1:47 PM ADAIR - CLERK OF DISTRICT COURT

transporting cargo at the request for Landstar Ranger, Inc.

45.    Under the doctrine of respondeat superior, Landstar Ranger, Inc. is liable for the aforementioned conduct and/or omissions of Jesus Cabrera.

**ANSWER**: Deny.

46.    Due to the aforementioned conduct and/or omissions, Angelica and Johonath have and will in the future suffer and incur the following damages:

   a.  Physical pain and mental anguish in the past, present, and future;

   b.  Physical impairment and loss of use of body in the past, present, and future;

   c.  Medical expenses in the past, present, and future; and,

   d.  Other financial expenses incurred as a result of the collision.

**ANSWER**: Deny for lack of information.

**WHEREFORE**, Defendants requests that Plaintiffs' Petition be dismissed at Plaintiff's cost and Defendants recover their costs and expenses incurred herein.

## AFFIRMTAIVE DEFENSES

1.    Defendants invoke the defense of comparative fault pursuant to Iowa Code.

2.    Plaintiffs failed to mitigate their damages.

3.    Plaintiffs failed to state a cause of action upon which relief can be granted.

4.    Defendants reserve the right to supplement these defenses as discovery progresses and additional facts become known.

WHEREFORE, requests that Plaintiffs' Petition be dismissed at Plaintiff's cost and Defendant's recover their costs and expenses incurred herein.

10

E-FILED  2025 SEP 09 1:47 PM ADAIR - CLERK OF DISTRICT COURT

SIMMONS PERRINE MOYER BERGMAN PLC


By:    /s/ Michael McDonough
Michael McDonough   AT0005071
Annie M. Hardin Staveley AT0015664
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Phone:  319-366-7641
Fax:  319-366-1917
Email:  mmcdonough@spmblaw.com
        ahardin@spmblaw.com

ATTORNEYS FOR DEFENDANTS

CC: VIA EDMS

E-FILED  2025 SEP 09 2:22 PM ADAIR - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR ADAIR COUNTY

| | |
|---|---|
| ANGELICA THOMAS AND JOHONATH BUTLER,<br><br>    PLAINTIFFS,<br><br>V.<br><br>JESUS CABRERA AND LANDSTAR RANGER INC.,<br><br>    DEFENDANTS. | CASE NO.: LACV006740<br><br>DEFENDANTS JESUS CABRERA AND LANDSTAR RANGER INC.'S JURY DEMAND |

**COMES NOW**, Defendants Jesus Cabrera and Landstar Ranger Inc., by and through their undersigned counsel and pursuant to Iowa Rule of Civil Procedure 1.902, and hereby demands a trial by jury on all issues so triable in the above-captioned matter.

SIMMONS PERRINE MOYER BERGMAN PLC

By:   */s/ Michael McDonough*
Michael McDonough   AT0005071
Annie M. Hardin Staveley AT0015664
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Phone:  319-366-7641
Fax:  319-366-1917
Email:  mmcdonough@spmblaw.com
          ahardin@spmblaw.com

ATTORNEYS FOR DEFENDANTS

CC: VIA EDMS

1